UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff

V.                           NO. 3:16-cr-00065 (RNC)

JOSEPH CASTELLANO

    Defendant              AUGUST 18, 2016

**SPEEDY TRIAL WAIVER**

The defendant, Joseph Castellano, having been advised of his rights to a Speedy Trial under the provisions of the Speedy Trial Act, hereby waives his rights to allow an extension of the trial date on or before November 30, 2016.

Date: 8/19/16                                _____
                                                      Joseph Castellano

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on _____, 2016 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____
William F. Dow, III